*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided May 15, 1998

## STATE OF CONNECTICUT *v.* BOISE KIMBER

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 234 (AC 15800), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John R. Williams* and *Norman A. Pattis*, in support of the petition.

*Michael E. O'Hare*, deputy assistant state's attorney, in opposition.

Decided May 15, 1998

## PERCY MEJIA *v.* COMMISSIONER OF CORRECTION

The petitioner Percy Mejia's petition for certification for appeal from the Appellate Court, 48 Conn. App. 230 (AC 16603), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Michael E. O'Hare*, deputy assistant state's attorney, in opposition.

Decided May 15, 1998